

**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| JULIO R. RODRIGUEZ, | Civil Action No. 15-1958(SRC) |
| Petitioner, | |
| v. | **OPINION AND ORDER** |
| STEPHEN M. D'ILIO ET AL. | |
| Respondents. | |

**CHESLER**, District Judge

On March 17, 2015, the Clerk received Plaintiff's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. (Doc No. 1.) The filing fee for a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 is five dollars. See 28 U.S.C. § 1914(a). If Plaintiff cannot afford to pay $5.00, he may submit a properly completed "Application to Proceed In Forma Pauperis Non-Prisoner." Petitioner's affidavit of poverty is insufficient, as he left blank the response to the amount of money in his prisoner trust account. See Doc. No. 1-1.

IT IS, therefore, on this 24TH day of March 2015,

1

**ORDERED** that the Clerk shall administratively terminate this matter by making a new and separate entry reading, "CIVIL CASE TERMINATED"; and it is further

**ORDERED** that Petitioner may reopen this matter by submitting, within thirty days from the date of entry of this Opinion and Order, the $5.00 filing fee or a properly executed form "Application to Proceed In Forma Pauperis Non-Prisoner," accompanied by his 2254 petition; and no statement in this Opinion and Order shall be construed as withdrawal of this Court's jurisdiction; and it is further

**ORDERED** that the Clerk shall serve this Opinion and Order upon Plaintiff by regular U.S. Mail, together with the following blank form: "Application to Proceed In Forma Pauperis Non-Prisoner."

                                                            _____
                                                            **Stanley R. Chesler**
                                                            **United States District Judge**